## Gustaf Nelson et al., Appellees, v. Village of Winnetka and Minder Construction Company, Appellants.

### Gen. No. 42,710.

opinion filed December 13, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. Dickinson, Sprowl, Norville & James, for certain appellant; Rosen, Francis & Cleveland, for certain other appellant; Earl K. Schiek, for appellees. Opinion by JUSTICE KILEY. Not to be published in full.